UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Kramer Enterprises, Inc., et al.,                                   Case No. 3:24-cv-2228

               Plaintiffs,

    v.                                                                              ORDER


Delphinium Ventures Corporation,

               Defendant.


On December 17, 2025, the Clerk granted Plaintiffs' application for default and entered

defaulted against Defendant.  (Doc. No. 12).  More than three months have passed since default was

entered and Plaintiffs have filed no motion for default judgment.  Fed. R. Civ. P. 55(b).  Within

thirty days of this Order, Plaintiffs shall file a motion for default judgment or show cause as to why

this case should not be dismissed for want of prosecution pursuant to Rule 41(b).  *See* Fed. R. Civ. P.

41(b).

Should Plaintiffs choose to file a motion for default judgment, that motion must be

substantively sufficient.  More particularly, in the motion, Plaintiffs must at least identify allegations

in the complaint that plausibly state a claim for relief and offer some development of legal

arguments in support of default judgment.  *See, e.g., Grover v. BMW of N. Am., LLC*, 581 F. Supp. 3d

930, 950 (N.D. Ohio 2022) ("[T]he Court 'is in the business of resolving the legal arguments

presented to it, not in creating a party's inferred argument for him and then passing judgment on

it.'") (quoting *Lyon v. Yellow Transp., Inc.*, No. 2:08-cv-464, 2009 WL 1604807, at *15 (S.D. Ohio June

8, 2009), *aff'd* 379 F. App'x 452 (6th Cir. 2010)).  After all, when considering a motion for default

judgment "the well-pleaded factual allegations of the complaint are accepted as true for the purpose of determining liability, [but] the Court must still determine whether those facts are sufficient to state a claim for relief with respect to plaintiff's claims … for which the plaintiff seeks default judgment." *Zinganything, LLC v. Import Store*, 158 F. Supp. 3d 668, 672 (N.D. Ohio 2016).

 

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge